**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03079-PAB-NYW

AMY SERSANTE,

    Plaintiff,

v.

IDEAL IMAGE GROUP
OF COLORADO, PLLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Amy Sersante and Defendant Ideal Image Group of Colorado, PLLC jointly stipulate to the dismissal of this action with prejudice, each party to bear her or its own fees and costs.

Respectfully submitted on this 6th day of October, 2020.

| | |
|---|---|
| *s/ Thomas H. Mitchiner* | *s/ Michael H. Bell* |
| Thomas H. Mitchiner | Michael H. Bell |
| Mitchiner Law, LLC | Abigail S. Wallach |
| 1888 N. Sherman St., Suite 200 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Denver, CO 80203 | 2000 South Colorado Boulevard, |
| Telephone: 720.538.0371 | Tower Three, Suite 900 |
| tmitchiner@mitchinerlawllc.com | Denver, CO 80222 |
| | Telephone:  303.764.6800 |
| | Facsimile:   303.831.9246 |
| | mike.bell@ogletree.com |
| | abbey.wallach@ogletree.com |

2

Steven L. Murray
Murray Law LLC
1888 Sherman - Suite 200
Denver, CO 80203
Telephone: 303.396.9952
steven@smurraylaw.com

*Counsel for Plaintiff Amy Sersante*          *Counsel for Defendant Ideal Image Group of Colorado, PLLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of October, 2020, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Steven Lee Murray | Thomas H. Mitchiner |
| Murray Law LLC | Mitchiner Law, LLC |
| steven@smurraylaw.com | tmitchiner@mitchinerlawllc.com |

*Attorneys for Plaintiff Amy Sersante*

                                              *s/ Alison L. Shaw*
                                              Alison L. Shaw, Paralegal